| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0207 1:09CR00228 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Roberto Valentino Cruz<br>1355 Greene Ave. Apt. 3<br>Brooklyn, NY 11237 | Eastern District Of New York | |
| | NAME OF SENTENCING JUDGE | |
| | THE HONORABLE BRIAN M. COGAN | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/2/2019 | TO Date of Expiration |

OFFENSE
21 U.S.C. §§ 952(a), 963, 960(a)(1) and 960(b)(1)(A), Conspiracy to Import Heroin, a Class A felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    New York

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Southern District of New York    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 14, 2021                                                    Digitally signed by Brian M. Cogan
*Date*                                                                               *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF    Connecticut

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                                     *United States District Judge*